# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>GABRIELA LILIA MUNOZ-SALCEDO,<br><br>        Defendant. | Case No.: 26CR1807-WQH<br><br>**JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION** |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing, the Motion to Dismiss the Information Without Prejudice is GRANTED.

The Court HEREBY ORDERS:

That the Information in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: June 18, 2026

_William Q. Hayes_____
HON. WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE